

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00638-CV

**HARLANDALE INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

**JASMINE ENGINEERING, INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-02459
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we AFFIRM the order of the trial court denying appellant Harlandale Independent School District's third plea to the jurisdiction. We REMAND the cause to the trial court for further proceedings consistent with this opinion. We ORDER the stay that we imposed on September 24, 2019, be lifted upon issuance of the mandate. Costs of the appeal are taxed against appellant Harlandale Independent School District.

SIGNED March 11, 2020.

_____
Rebeca C. Martinez, Justice